

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2018

No. 04-18-00253-CV

**JC FODALE ENERGY SERVICES, LLC**,
Appellant

v.

Jenny **HENNES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI12710
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

A motion to abate this appeal has been filed. The motion alleges the parties have entered into a settlement agreement regarding the underlying case. We deny the motion, but on our own motion suspend the deadlines in this appeal until **December 21, 2018**, at which time we order appellants to file either a motion that disposes of this appeal in accordance with the Texas Rules of Appellate Procedure or a response explaining why such a motion has not been filed. The court will not look favorably on any further requests for extensions of time.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court